

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 9, 2025

**BY ECF AND EMAIL**

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

   **Re:**  **United States v. David Almanzar, 25 Cr. 665 (NRB)**

Dear Judge Buchwald:

   The Government respectfully submits this letter, with the consent of defense counsel, to request an adjournment of the status conference currently scheduled for December 9, 2025. The parties need more time to finalize a plea agreement and understand that the Court has availability on December 11, 2025, at 11 AM, for a change-of-plea hearing. Accordingly, the parties request that the status conference be adjourned to December 11, 2025, at 11 AM, and that a change-of-plea hearing be held at that time.

   For the reasons described above, the Government also moves to exclude time through December 11, 2025 under the Speedy Trial Act, 18 U.S.C. § 3161. Defense counsel consents to the exclusion of time.

Application granted. The December 9, 2025 status conference is adjourned, and a change-of-plea hearing is scheduled for December 11, 2025 at 11:00 AM. Speedy trial time is excluded until December 11, 2025 in the interest of justice. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   December 9, 2025
     New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Timothy Ly
Assistant United States Attorney
(212) 637-1062