UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                      :

UNITED STATES OF AMERICA

                      :      CONSENT PRELIMINARY ORDER

     - v. -                 OF FORFEITURE/

                      :      MONEY JUDGMENT

DAVID ALMANZAR,

                      :      25 Cr. 665 (NRB)

     Defendant.

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about December 3, 2025, DAVID ALMANZAR (the "Defendant"), was charged in a seven-count Information, 25 Cr. 665 (NRB) (the "Information"), with Hobbs Act Robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Counts One, Two, Six and Seven); conspiracy to commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951 (Count Three and Five); and attempted Hobbs Act Robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Count Four);

WHEREAS, the Information included a forfeiture allegation as to Counts One through Seven of the Information, seeking forfeiture to the United States, pursuant Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Seven of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Seven of the Information;

WHEREAS, on or about December 11, 2025, the Defendant pled guilty to Count Six of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Six of the Information and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $5,560 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count Six of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $5,560 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Six of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Six of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Timothy Ly, of counsel, and the Defendant and his counsel, Zawadi Baharanyi, Esq., that:

1.      As a result of the offense charged in Count Six of the Information, to which the Defendant pled guilty, a money judgment in the amount of $5,560 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Six of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant DAVID ALMANZAR, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York


By: _____          March 26, 2026
    Timothy Ly                         DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10278
    (212) 637-1062


DAVID ALMANZAR


By: Almanzar, David _____      3/26/2026
    David Almanzar                     DATE


By: _____         3/26/26
    Zawadi Baharanyi, Esq.             DATE
    Attorney for Defendant
    Federal Defenders of New York
    52 Duane Street, 10th Floor
    New York, NY 10007


SO ORDERED:

_____             3/26/26
HONORABLE NAOMI REICE BUCHWALD        DATE
UNITED STATES DISTRICT JUDGE